Michael R. Marrinan, Esq. (SBN 90484)
LAW OFFICES OF MICHAEL R. MARRINAN
225 Broadway, Suite 1460
San Diego, CA 92101
Telephone: (619) 238-6900
Facsimile: (619) 238-1097
Email: mrmarrinan@aol.com

Thomas E. Robertson, Esq. (SBN 262659)
LAW OFFICES OF THOMAS E. ROBERTSON
225 Broadway, Suite 1460
San Diego, CA 92101
Telephone: (619) 544-9911
Facsimile: (619) 238-1097
Email: thomas@robertsonSDlaw.com

Joseph M. McMullen, Esq. (SBN 246757)
LAW OFFICES OF JOSEPH M. McMULLEN
225 Broadway, Suite 1460
San Diego, CA 92101
Telephone: (619) 501-2000
Facsimile: (619) 615-2264
Email: joe@jmm-legal.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS WILKERSON, TYLER WILKERSON, ANDREW HARLIN and VICTORIA GARCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN DIEGO, KEVIN ARMENTANO, OFFICER MENDENHALL, OFFICER MINTER, OFFICER SHUMATE, OFFICER VALDEZ, JOHN STEFFEN and DOES 1-20,<br><br>Defendants. | Case No. 12cv2994-WQH (BGS)<br><br>**PLAINTIFFS' PRETRIAL DISCLOSURES UNDER FEDERAL RULE 26(a)(3)**<br><br><br>Pretrial Conf.: July 25, 2014<br>Time: 11:00 a.m.<br>Courtroom: 14B<br>Judge: Hon. William Q. Hayes |

Pursuant to F.R.C.P. Rule 26(a)(3), Plaintiffs hereby provide the following information regarding the evidence they may present at trial:

**A. WITNESSES**

Plaintiffs expect to call the following witnesses at trial in this case:

1. Travis Wilkerson – Plaintiff
2. Tyler Wilkerson – Plaintiff
3. Andrew Harlin – Plaintiff
4. Victoria Garcia – Plaintiff
5. Kevin Armentano – Defendant
6. Chad Mendenhall – Defendant
7. Gregory Minter – Defendant
8. Craig Shumate – Defendant
9. John Steffen – Defendant
10. Jon Goebel – SDPD
11. Erick Valdez – SDPD
12. Carlos Real – SDPD
13. Michael Fitzgerald – 4817 East Washington, Fresno, CA 93727
14. Ali Abdalla Maawy, M.D. – c/o UCSD Medical Center, 200 W. Arbor Drive, San Diego, CA 92103
15. Vishal Bansal, M.D. – c/o UCSD Medical Center, 200 W. Arbor Drive, San Diego, CA 92103
16. Ralph J.F. Borriello – 5445 Dandridge Lane #129, San Diego, CA 92115
17. Scott Thompson, M.D., VA San Diego Hospital/Healthcare System, 3350 La Jolla Village Drive, San Diego, CA. 92161.
18. L.A. Constantino, Nurse Practitioner, VA San Diego Hospital/Healthcare System, 3350 La Jolla Village Drive, San Diego, CA. 92161.

| | | |
|---|---|---|
| 1 | 19. | Derborah Yarborough, R.N., VA San Diego Hospital/Healthcare |
| 2 | | System, 3350 La Jolla Village Drive, San Diego, CA. 92161. |

Plaintiffs may also present testimony from the following witnesses if the need arises:

20. Judy Bergman - SDPD Communications Records Custodian
21. Karen Morris - SDPD Communications Records Custodian
22. Joseph Waggaman - SDPD
23. Joshua Burkhardt - SDPD
24. Laura Shands – Deputy, S.D. County Sheriff Dept.
25. Jeremy Sheppard – Deputy, S.D. County Sheriff Dept.
26. Haley Ruth Rice – 8724 Foxborough Ct., Lakeside, CA 92040
27. Derek Diaz – Internal Affairs, SDPD
28. Steven Eraca – SDPD
29. Jose Conde – SDPD
30. Roberto Casillas – Internal Affairs, SDPD
31. Juan Alva – Officer, Escondido Police Department
32. Shauna Grisler – Officer, Escondido Police Department
33. Jared Lunt – Officer, Escondido Police Department
34. Ryan Fien – Officer, Escondido Police Department
35. David Rohowits – Commanding Officer, SDPD Eastern Division
36. Mark Jones – Commanding Officer, SDPD Central Division
37. Daniel Douglas – Administration, SDPD Central Division
38. Rabah Belabes – 8381 Reagan Glen Road, San Diego, CA 92127. (858) 610-0922
39. Kristopher Keel – c/o Rural Metro/CT Corporation System, 818 W. Seventh St., 2nd Floor, Los Angeles, CA. 90017

| | | |
|---|---|---|
| 40. | Charles J. Wilmoth, c/o Rural Metro/CT Corporation System, 818 W. Seventh St., 2nd Floor, Los Angeles, CA. 90017 |
| 41. | Janet Dove, N.P., c/o UCSD Medical Center, 200 W. Arbor Drive, San Diego, CA 92103 |
| 42. | Fukai Leo Chuang, M.D., VA San Diego Hospital/Healthcare System, 3350 La Jolla Village Drive, San Diego, CA. 92161. |
| 43. | Aileen Chang, M.D., VA San Diego Hospital/Healthcare System, 3350 La Jolla Village Drive, San Diego, CA. 92161. |
| 44. | Alice Tsai, D.O., L.A. Constantino, Nurse Practitioner, VA San Diego Hospital/Healthcare System, 3350 La Jolla Village Drive, San Diego, CA. 92161. |

**B.  EXHIBITS**

Plaintiff expects to offer the following exhibits into evidence:

| Number | Date Marked | Date Admitted | Description |
|---|---|---|---|
| 1. | | | Photo - Travis Wilkerson wrists |
| 2. | | | Photo - Travis Wilkerson wrists |
| 3. | | | Photo - Travis Wilkerson wrists |
| 4. | | | Photo - Travis Wilkerson hands |
| 5. | | | Photo - Travis Wilkerson face, right |
| 6. | | | Photo - Travis Wilkerson face, front |
| 7. | | | Photo - Travis Wilkerson head, right |
| 8. | | | Photo - Travis Wilkerson right knee |
| 9. | | | Photo - Andrew Harlin face, front |
| 10. | | | Photo - Andrew Harlin mouth, front |
| 11. | | | Photo - Andrew Harlin wrist |
| 12. | | | Photo - Andrew Harlin wrist |

| | | |
|---|---|---|
| 13. | | Photo - Andrew Harlin index finger |
| 14. | | Photo - Andrew Harlin knuckle |
| 15. | | Photo - Travis Wilkerson face, front |
| 16. | | Photo - Travis Wilkerson forehead, right |
| 17. | | Photo - Travis Wilkerson forehead, front |
| 18. | | Photo - Travis Wilkerson forearm |
| 19. | | Photo - Travis Wilkerson hands |
| 20. | | Photo - Travis Wilkerson right knee |
| 21. | | Photo - Andrew Harlin face, front left |
| 22. | | Aerial Photo |
| 23. | | Aerial Photo |
| 24. | | Aerial Photo |
| 25. | | Aerial Photo |
| 26. | | Photo of Scene |
| 27. | | Photo of Scene |
| 28. | | Photo of Scene |
| 29. | | Photo of Scene |
| 30. | | Photo of Scene |
| 31. | | Photo of Scene |
| 32. | | Photo of Scene |
| 33. | | Photo of Scene |
| 34. | | Photo of Scene |
| 35. | | Photo of Scene |
| 36. | | Photo of Scene |
| 37. | | Photo of Scene |
| 38. | | Photo of Scene |

| | |
|---|---|
| 39. | Photo of Scene |
| 40. | Photo of Scene |
| 41. | Jail Records, Tyler Wilkerson |
| 42. | Jail Records, Travis Wilkerson |
| 43. | SDPD Policy and Procedures |
| 44. | SDPD CAD printouts of incident |
| 45. | SDPD Comm. Tapes and Records |
| 46. | Deposition transcript, Mike Fitzgerald |
| 47. | Medical Records, Andrew Harlin |
| 48. | Medical Records, Travis Wilkerson |
| 49. | Medical Bills, Andrew Harlin |
| 50. | Documents and recordings from Internal Affairs Investigation No. 2013-055, re: Craig Shumate |
| 51. | Exhibits to depo of Travis Wilkerson |
| 52. | Exhibits to depo of Tyler Wilkerson |
| 53. | Exhibits to depo of Andrew Harlin |
| 54. | Exhibits to depo of Victoria Garcia |
| 55. | Exhibits to depo of Craig Shumate |
| 56. | Exhibits to depo of Chad Mendenhall |
| 57. | Exhibits to depo of Gregory Minter |
| 58. | Exhibits to depo of John Steffen |
| 59. | Exhibits to depo of Jon Goebel |
| 60. | Exhibits to depo of Carlos Real |
| 61. | Exhibits to depo of Erick Valdez |
| 62. | Exhibits to depo of Michael Fitzgerald |

| | |
|---|---|
| 63. | Documents and recordings from Internal Affairs Investigation re: Chad Mendenhall |

Dated: May 23, 2014

**/s/ Michael R. Marrinan**
Attorney for Plaintiffs
E-mail: mrmarrinan@aol.com