JAN I. GOLDSMITH, City Attorney
DANIEL F. BAMBERG, Assistant City Attorney
TIMOTHY C. STUTLER, Deputy City Attorney
California State Bar No. 131794
JOHN E. RILEY, Deputy City Attorney
California State Bar No. 144268
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone:  (619) 533-5800
    Facsimile:   (619) 533-5856

Attorneys for Defendants

Michael R. Marrinan, Esq. (SBN 90484)
LAW OFFICES OF MICHAEL R. MARRINAN
Thomas E. Robertson, Esq. (SBN 262659)
LAW OFFICES OF THOMAS E. ROBERTSON
Joseph M. McMullen, Esq. (SBN 246757)
LAW OFFICES OF JOSEPH M. McMULLEN
225 Broadway, Suite 1460
San Diego, CA 92101
Telephone: (619) 238-6900
Facsimile: (619) 238-1097
Email: mrmarrinan@aol.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS WILKERSON, ANDREW HARLIN and VICTORIA GARCIA,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SAN DIEGO, KEVIN ARMENTANO, OFFICER MENDENHALL, OFFICER MINTER, OFFICER SHUMATE, AND DOES 1-20,<br><br>    Defendants. | Case No. 12cv2994 WQH (BGS)<br><br>JOINT STATEMENT OF THE CASE<br><br>Judge:  Hon. William Q. Hayes<br>Ct. Rm:  14B<br>Trial:    February 3, 2015, 9:00 a.m. |

///

///

1

1      Pursuant to the Court's instructions, the parties submit this joint statement for
2 the Court to read to the jury at the outset of the trial.

3 Dated: January 15, 2015           JAN I. GOLDSMITH, City Attorney

4                                        By    *s/ Timothy C. Stutler*
                                                   TIMOTHY C. STUTLER
5

                                               Deputy City Attorney
6                                                Attorneys for Defendants

7

8 Dated: January 15, 2015           LAW OFFICES OF JOSEPH M.
                                                   MCMULLEN
9

10

11                                        By   */s/ Joseph M. McMullen*
                                                     MICHAEL R. MARRINAN
12

13                                         Attorneys for Plaintiffs

## Statement of the Case

This is a lawsuit alleging violation of the Fourth Amendment to the United States Constitution, and alleging state law claims of false arrest, negligence, and violation of plaintiffs' rights by threats, intimidation, or coercion. The plaintiffs are Travis Wilkerson, Victoria Garcia, and Andrew Harlin. The defendants are [the City of San Diego,[1]] San Diego police officers Kevin Armentano, Chad Mendenhall, and Gregory Minter, and former San Diego police officer Craig Shumate.

Plaintiffs allege that the defendants falsely arrested them and used unreasonable force during a contact in the Gaslamp District of downtown San Diego on December 3, 2011. Plaintiffs allege that they suffered physical and emotional injuries as a result of the acts of the defendants.

Defendants deny plaintiffs' claims, and also allege that they had probable cause to arrest plaintiffs and that any injuries plaintiffs may have sustained on December 3, 2011 were caused by plaintiffs' own negligence.

---

[1] The issue whether the jury should be told that the City of San Diego is a defendant will be the subject of briefing on January 22, 2015.

3

937051    12-cv-2994

| | |
|---|---|
| 1 | **SIGNATURE CERTIFICATION** |

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Joseph M. McMullen, counsel for Plaintiffs, and that I am authorized to affix Mr. McMullen's electronic signature to this document.

Dated: January 15, 2015   JAN I. GOLDSMITH, City Attorney

By */s/ Timothy C. Stutler*
   Timothy C. Stutler
   Deputy City Attorney

Attorneys for Defendants