FILED

FEB 1 9 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA GARCIA,<br><br>                    Plaintiff,<br>vs.<br>SAN DIEGO POLICE OFFICERS.<br><br>                    Defendants. | CASE NO. 12cv2994 WQH<br><br>**VERDICT** |

**We, the jury in the above-entitled action, unanimously find the following verdict on the questions submitted to us as to the Plaintiff Victoria Garcia:**

*Answer Question 1 and then follow the italicized instructions.*

**Question 1:** Did Plaintiff Victoria Garcia witness a San Diego police officer negligently causing injury to Travis Wilkerson?

Answer       Yes  ✓       No____

*If your answer is Yes, proceed to Question 2.*

*If your answer is No, please have the presiding juror sign and date the verdict form.*

**Question 2:**  Were the negligent acts against Travis Wilkerson that were witnessed by Plaintiff Victoria Garcia a substantial factor in causing serious emotional harm to Plaintiff Victoria Garcia?

Answer       Yes ____     No ✓

*If your answer is Yes to Question 2, proceed to Question 3.  If you have not answered Yes to Question 2, please have the presiding juror sign and date the verdict form.*

1  **Question 3:** What do you find to be the total amount of damages which will
2  compensate Plaintiff Victoria Garcia for the serious emotional harm caused by the acts of
3  the San Diego police officer?

4  $ _____

5  *Please have your presiding juror sign and date the verdict form.*

7  Dated: 2/19/2015                           *Julie D. Taylor*
                                              Presiding Juror