# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS WILKERSON, <br><br> Plaintiff, <br> vs. <br> KEVIN ARMENTANO. <br><br> Defendant. | CASE NO. 12cv2994 WQH <br><br> **VERDICT** |

**We, the jury in the above-entitled action, unanimously find the following verdict on the question submitted to us as to Plaintiff Travis Wilkerson:**

What amount of punitive damages, if any, do you award to the Plaintiff Travis Wilkerson against Defendant Kevin Armentano?

$10,000

*Please have the presiding juror sign and date the verdict form.*

Dated: 2/19/2015

Julie D. Taylor
Presiding Juror

- 1 -

12cv2294 WQH