1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  ANDREW HARLIN, | CASE NO. 12cv2994 WQH |
| 12              Plaintiff, | **VERDICT** |
|       vs. | |
| 13  CRAIG SHUMATE. | |
| 14              Defendants. | |

15

16 **We, the jury in the above-entitled action, unanimously find the following verdict**

17 **on the question submitted to us as to Plaintiff Andrew Harlin:**

18

19 What amount of punitive damages, if any, do you award to the Plaintiff Andrew Harlin

20 against Defendant Craig Shumate?

21

22                    $7,500

23

24 *Please have the presiding juror sign and date the bottom of this form.*

25

26 Dated: 2/19/2015                    Julie D. Taylor
                                        Presiding Juror

27

28