1  Michael R. Marrinan, Esq. (SBN 90484)
   LAW OFFICES OF MICHAEL R. MARRINAN
2  225 Broadway, Suite 1460
   San Diego, CA 92101
3  Telephone:  (619) 238-6900
   Facsimile:   (619) 238-1097
4  Email: mrmarrinan@aol.com

5  Thomas E. Robertson, Esq. (SBN 262659)
   LAW OFFICES OF THOMAS E. ROBERTSON
6  225 Broadway, Suite 1460
   San Diego, CA 92101
7  Telephone:  (619) 544-9911
   Facsimile:   (619) 238-1097
8  Email: thomas@robertsonSDlaw.com

9  Joseph M. McMullen, Esq. (SBN 246757)
   LAW OFFICES OF JOSEPH M. McMULLEN
10 225 Broadway, Suite 1460
   San Diego, CA 92101
11 Telephone:  (619) 501-2000
   Facsimile:   (619) 615-2264
12 Email: joe@jmm-legal.com

13  Attorneys for Plaintiffs

14

15              **UNITED STATES DISTRICT COURT**

16            **SOUTHERN DISTRICT OF CALIFORNIA**

17  TRAVIS WILKERSON,            ) Case No. 12cv2994-WQH (BGS)
    ANDREW HARLIN and            )
18  VICTORIA GARCIA,             ) **PLAINTIFFS' STATEMENT RE**
                                 ) **FAILURE TO FILE PROPOSED**
19              Plaintiffs,      ) **JUDGMENT**
                                 )
20      vs.                      )
                                 )
21  CITY OF SAN DIEGO,           )
    KEVIN ARMENTANO,             )
22  GREGORY MINTER and           )
    CRAIG SHUMATE,               )
23                               )
                Defendants.      )
24  _____  ) Judge:  Hon. William Q. Hayes
                                 )
25

26      The parties filed three joint motions to continue the dates for submitting a

27  proposed judgment and any objections thereto, all of which were granted.  The

28  parties did so because during this time period, up to the present date, the parties

1  were diligently working out a final resolution of this matter, which has been

2  accomplished.  This resolution was contingent upon a judgment not being entered

3  against defendants, which is why the parties requested that the date for filing a

4  proposed judgment be continued multiple times.

5      The parties had contemplated that the settlement would be accomplished

6  and a joint motion for dismissal filed prior to the May 20, 2015 date by which the

7  proposed judgment was due.  Unfortunately, the final resolution took a few weeks

8  longer than the parties contemplated, and Plaintiffs neglected to file a further

9  request to continue the date for filing a proposed judgment, or a proposed

10 judgment.  This was an error.  Although working toward a final resolution of this

11 matter, Plaintiffs' counsel forgot about the May 20, 2015 date, and thus neglected

12 to file a further joint motion to extend the due date, or a proposed judgment.

13 Plaintiffs' counsel apologize to the Court for this oversight.

14     As mentioned, the parties have accomplished a final settlement of this case,

15 and a joint motion for dismissal is being filed concurrently with this statement.

16 Dated: June 11, 2015              Respectfully submitted,

17

18                                  **/s/ Michael R. Marrinan**
                                    Attorney for Plaintiffs Travis Wilkerson
                                    and Victoria Garcia
19                                  E-mail: mrmarrinan@aol.com

20 Dated: June 11, 2015

21                                  **/s/ Joseph M. McMullen**
                                    Attorney for Plaintiff Andrew Harlin
22                                  E-mail:  joe@jmm-legal.com

23

24

25

26

27

28