```
 1  Michael R. Marrinan, Esq. (SBN 90484)
    LAW OFFICES OF MICHAEL R. MARRINAN
 2  225 Broadway, Suite 1460
    San Diego, CA 92101
 3  Telephone:  (619) 238-6900
    Facsimile:   (619) 238-1097
 4  Email: mrmarrinan@aol.com

 5  Attorney for Plaintiffs
    Travis Wilkerson and Victoria Garcia
 6
 7
 8
 9            UNITED STATES DISTRICT COURT
10            SOUTHERN DISTRICT OF CALIFORNIA

11  TRAVIS WILKERSON,           )  Case No. 12cv2994-WQH (BGS)
    TYLER WILKERSON,            )
12  ANDREW HARLIN and           )  JOINT MOTION TO DISMISS
    VICTORIA GARCIA,            )
13                              )
                  Plaintiffs,   )
14                              )
         vs.                    )
15                              )
    CITY OF SAN DIEGO,          )
16  KEVIN ARMENTANO,            )
    OFFICER MINTER,             )
17  OFFICER SHUMATE,            )
    and DOES 1-20,              )
18                              )
                  Defendants.   )  Judge:  Hon. William Q. Hayes
19                              )
    _____ )
20
21       This case having been settled as to all parties and causes of action, the
22  parties through their respective attorneys hereby move the Court to dismiss this
23  action with prejudice, all parties to bear their own costs and attorneys fees.
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /
```

Dated: June 11, 2015

JAN GOLDSMITH, City Attorney

By **/s/ John Riley**
  Attorneys for Defendants
  E-mail: tstutler@sandiego.gov

Dated: June 11, 2015

**/s/ Michael R. Marrinan**
Attorney for Plaintiffs
Travis Wilkerson and Victoria Garcia
E-mail: mrmarrinan@aol.com

Dated: June 11, 2015

**/s/ Joseph M. McMullen**
Attorney for Plaintiff Andrew Harlin
E-mail: joe@jmm-legal.com

I, Michael R. Marrinan, hereby certify that the content of this joint motion is acceptable to all persons required to sign this document. Deputy City Attorney John Riley, attorney for defendants and Joseph McMullen, attorney for Andrew Harlin, have authorized me to affix their CM/ECF electronic signatures to this joint motion.

Dated: June 11, 2015

           **/s/ Michael R. Marrinan**
           Attorney for Plaintiffs
           E-mail: mrmarrinan@aol.com