**FILED**

JUN 16 2015

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____acs_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS WILKERSON, TYLER WILKERSON, ANDREW HARLIN and VICTORIA GARCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN DIEGO, KEVIN ARMENTANO, OFFICER MINTER, OFFICER SHUMATE, and DOES 1-20,<br><br>Defendants. | Case No. 12cv2994-WQH (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br><br><br>Judge: Hon. William Q. Hayes |

Upon reviewing the parties' Joint Motion for Dismissal, said motion is hereby granted. Accordingly, IT IS HEREBY ORDERED that this entire action is dismissed with prejudice, all parties to bear their own costs and attorneys fees.

**IT IS SO ORDERED.**

Date: June 16, 2015

_/s/ William Q. Hayes_
WILLIAM Q. HAYES
United States District Judge